IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AD1 Urban Palm Bay, LLC,<br><br>                      Debtor. | Chapter 11<br><br>Case No. 23-10074 (KBO) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that HPS Investment Partners, LLC, as Agent ("HPS"), pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the counsel identified below at the following addresses and further requests to be added to the Master Service List:

| | |
|---|---|
| Harvey A. Strickon, Esq.<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>Tel: (212) 318-6000<br>Email: harveystrickon@paulhastings.com | Frederick B. Rosner, Esq.<br>Jason A. Gibson, Esq.<br>THE ROSNER LAW GROUP LLC<br>824 N. Market Street, Suite 810<br>Wilmington, DE 19801<br>Tel: (302) 777-1111<br>Email: rosner@teamrosner.com<br>Email: gibson@teamrosner.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the above-mentioned Federal Rules of Bankruptcy Procedure, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of HPS's (a) right to (i) have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (ii) a

trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case, and (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) rights, claims, actions, defenses, setoffs, or recoupments to which HPS is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments HPS expressly reserves.

Dated: January 23, 2023
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Frederick B. Rosner (DE 3995)
Jason A. Gibson (DE 6091)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Tel: (302) 777-1111
Email: rosner@teamrosner.com
    gibson@teamrosner.com

-and-

**PAUL HASTINGS LLP**
Harvey A. Strickon, Esq.
200 Park Avenue
New York, NY 10166
Tel: (212) 318-6000
Email: harveystrickon@paulhastings.com

*Counsel to HPS Investment Partners, LLC, as Agent*