# Exhibit A

## Organizational Charts













AD1 LBV Hotels, LLC
(As of Closing)
Aldo Facchi
Jose Daniel Berman
Arie Fridzon
Alex Fridzon
33.34%
33.33%
33.33%
Facchi Global Hotels, LLC (FL)
AD1 Hotels, LLC (FL)
10.00%
90.00%
AD1 Global Hotels, LLC (FL)
AD1 Global Lodging Manager, LLC (DE)
AD1 Portfolio Manager 2, LLC (DE)
5.12% (of Class B)
4.09% (of Company)
13.70% (of Class B)
10.95% (of Company)
100.00% (of Class A)
20.02% (of Company)
Multiple limited liability companies collectively holding 64.86% of Company (with none holding more than 8.84%) and 81.18% of Class B
Class A (20.02%)
Class B (79.88%)
Comfort Plaza, LLC (FL)
Class C (0.10%)
Manager
Director
AD1 LBV Hotels, LLC (FL)
100.00% (of Class C)
0.10% (of Company)
AD1 LBV1, LLC (DE)
Aldo Facchi
Jose Daniel Berman
Arie Fridzon
Alex Fridzon
10.00%
30.00%
30.00%
30.00%
AD 1 Management, Inc. (FL)
Hotel Manager
Crowne Plaza Orlando Lake Buena Vista

AD1 Celebration Holdings, LLC
(As of Closing)
Aldo Facchi
Jose Daniel Berman
Arie Fridzon
Alex Fridzon
33.34%
33.33%
33.33%
Facchi Global Hotels, LLC (FL)
AD1 Hotels, LLC (FL)
10.00%
90.00%
AD1 Global Hotels, LLC (FL)
AD1 Global Lodging Manager, LLC (DE)
AD1 Portfolio Manager 2, LLC (DE)
100.00% (of Class A)
19.83% (of Company)
20.19% (of Class B)
16.19% (of Company)
14.60% (of Class B)
11.70% (of Company)
Multiple limited liability companies collectively holding 52.28% of Company (with none holding more than 11.83%) and 65.21% of Class B
Class A (19.83%)
Class B (80.17%)
Managing Member
AD1 Celebration Holdings, LLC (FL)
0.30%
99.70%
AD1 Celebration Hotels, LLC (FL)
Aldo Facchi
Jose Daniel Berman
Arie Fridzon
Alex Fridzon
10.00%
30.00%
30.00%
30.00%
AD 1 Management, Inc. (FL)
Hotel Manager
Staybridge Suites Royale Parc Orlando

AD1 Palm Beach Airport, LLC
(As of Closing)
Trufis, LLC (DE)
Asam, LLC (DE)
Zap Holdings, LLC (DE)
33.33%
33.33%
33.33%
Promotora Investment LLP. (U.K.)
Promotora Investment Corp. (DE)
Samy Cohen
20%
80%
Urban Strategy, LLC (DE)
Aldo Facchi
Jose Daniel Berman
Arie Fridzon
Alex Fridzon
33.34%
33.33%
33.33%
Facchi Global Hotels, LLC (FL)
AD1 Hotels, LLC (FL)
10.00%
90.00%
AD1 Global Hotels, LLC (FL)
50.00%
50.00%
AD1 Global Lodging Manager, LLC (DE)
AD1 Hospitality Group, LLC (FL)
AD1 Portfolio Manager 2, LLC (DE)
100.00% (of Class A)
20.00% (of Company)
0.07% (of Class B)
0.06% (of Company)
Class A (20%)
Class B (80%)
Multiple limited liability companies collectively holding 24.01% of Company (with none holding more than 5.91%) and 30.02% of Class B
26.10% (of Class B)
20.88% (of Company)
Uno Fund WPB1 Corp
43.81% (of Class B)
35.05% (of Company)
Hotel Investment Group 2 Lux, LLC
Manager
Director
AD1 Palm Beach Airport Hotels, LLC (DE)
AD1 PB Airport Hotels, LLC (DE)
Aldo Facchi
Jose Daniel Berman
Arie Fridzon
Alex Fridzon
10.00%
30.00%
30.00%
30.00%
AD 1 Management, Inc. (FL)
Hotel Manager
Hotel Manager
Holiday Inn Palm Beach Airport-Crowne Plaza
Holiday Inn Express (Proposed)

AD1 Urban Strategy Palm Bay, LLC
(As of 1/20/2023)
Trufis, LLC (DE)
Asam, LLC (DE)
Zap Holdings, LLC (DE)
33.33%
33.33%
33.33%
Promotora Investment LLP. (U.K.)
Promotora Investment Corp. (DE)
Aldo Facchi
Jose Daniel Berman
Arie Fridzon
Alex Fridzon
33.34%
33.33%
33.33%
Facchi Global Hotels, LLC (FL)
AD1 Hotels, LLC (FL)
Samy Cohen
20%
80%
10.00%
90.00%
50.00%
Urban Strategy, LLC (DE)
AD1 Urban Palm Bay Investors, LLC (FL)
AD1 Global Hotels, LLC (FL)
50.00%
AD1 Hospitality Group, LLC (FL)
7.88% (of Class C)
5.00% (of Company)
100% (of Class B)
16.54% (of Company)
Multiple limited liability companies collectively holding 58.46% of Company (with none holding more than 12.08%) and 92.12% of Class C
AD1 Global Lodging Manager, LLC (DE)
100% (of Class A)
20.00% (of Company)
AD1 Portfolio Manager 2, LLC (DE)
Class A (20.00%)
Class B (16.54%)
Class C (63.46%)
Director
Manager
AD1 Urban Strategy Palm Bay, LLC (FL)
Aldo Facchi
Jose Daniel Berman
Arie Fridzon
Alex Fridzon
10.00%
30.00%
30.00%
30.00%
AD1 Urban Palm Bay, LLC (DE)
AD1 Urban Palm Bay Place, LLC (DE)
AD 1 Management, Inc. (FL)
Hotel Manager
Home2 Suites by Hilton Palm Bay I 95
Hyatt Place Melbourne/ Palm Bay
Hotel Manager

AD1 Daytona Holdings, LLC
(As of Closing)
Aldo Facchi
Jose Daniel Berman
Arie Fridzon
Alex Fridzon
33.34%
33.33%
33.33%
Facchi Global Hotels, LLC (FL)
AD1 Hotels, LLC (FL)
10.00%
90.00%
AD1 Global Hotels, LLC (FL)
AD1 Global Lodging Manager, LLC (DE)
AD1 Portfolio Manager 2, LLC (DE)
16.57% (of Class B)
12.83% (of Company)
Multiple limited liability companies collectively holding 64.59% of Company (with none holding more than 15.66%) and 83.43% of Class C
100.00% (of Class A)
22.58% (of Company)
Class A (22.58%)
Class B (77.42%)
Manager
AD1 Daytona Holdings, LLC (FL)
0.30%
99.70%
AD1 Daytona Hotels, LLC (FL)
Aldo Facchi
Jose Daniel Berman
Arie Fridzon
Alex Fridzon
10.00%
30.00%
30.00%
30.00%
AD 1 Management, Inc. (FL)
Hotel Manager
Rushhh Tapestry by Hilton

## **Exhibit B**

**Berkadia BOV**

| AD1 Global 8 Property Portfolio | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hotel | Rooms | Year Built | Renovated | Total Revenues* | NOI* | As-Stabilized Value | $ Per Room | As-Is Value** | $ Per Room | Estimated CapEX | Per Room | All-In As-Is Value** | $ Per Room | All-In Cap Rate |
| Element Orlando Intl. Drive | 140 | 2021 | - | $5,649,238 | $1,786,392 | $33,000,000 | $235,714 | $27,000,000 | $192,857 | $350,000 | $2,500 | $27,350,000 | $195,357 | 6.5% |
| Aloft Orlando Intl. Drive | 144 | 2021 | - | $6,090,238 | $1,859,708 | $32,500,000 | $225,694 | $28,000,000 | $194,444 | $360,000 | $2,500 | $28,360,000 | $196,944 | 6.6% |
| Hyatt Place Palm Bay | 106 | 2020 | - | $4,155,277 | $1,340,422 | $25,500,000 | $240,566 | $19,000,000 | $179,245 | $265,000 | $2,500 | $19,265,000 | $181,745 | 7.0% |
| Home2 Suites Palm Bay | 87 | 2020 | - | $3,520,535 | $1,289,308 | $22,000,000 | $252,874 | $17,500,000 | $201,149 | $217,500 | $2,500 | $17,717,500 | $203,649 | 7.3% |
| Crowne Plaza Palm Beach Airport | 199 | 1987 | 2022 | $7,747,998 | $1,627,568 | $37,000,000 | $185,930 | $27,000,000 | $135,678 | $497,500 | $2,500 | $27,497,500 | $138,178 | 5.9% |
| Rush Daytona Beach Tapestry Collection | 110 | 1986 | 2022 | $4,952,274 | $1,791,061 | $35,000,000 | $318,182 | $23,000,000 | $209,091 | $0 | $0 | $23,000,000 | $209,091 | 7.8% |
| Staybridge Suite Orlando Royale Parc | 224 | 1988 | 2019 | $9,461,171 | $2,958,910 | $41,000,000 | $183,036 | $39,000,000 | $174,107 | $672,000 | $3,000 | $39,672,000 | $177,107 | 7.5% |
| Crowne Plaza Orlando Lake Buena Vista | 200 | 1988 | 2019 | $7,753,902 | $2,443,441 | $36,000,000 | $180,000 | $30,000,000 | $150,000 | $600,000 | $3,000 | $30,600,000 | $153,000 | 8.0% |
| | 1210 | | | $49,330,633 | $15,096,810 | $262,000,000 | $216,529 | $210,500,000 | $173,967 | $2,962,000 | $2,448 | $213,462,000 | $176,415 | 7.2% |

* Figures from year 1 proforma projections.
** Figures are all 'As-Is Value' except for Rush Daytona Beach which represents an 'As-Completed Value'.



# BERKADIA
## HOTELS & HOSPITALITY



| | |
|---|---:|
| **Hotel** | element Orlando International Drive |
| **Address** | 5750 Central Florida Pkwy, Orlando, FL 32821 |
| **Room Count** | 140 |
| | **Forecast 2022** |
| Occupancy | 78.9% |
| ADR | $119.27 |
| RevPAR | $94.07 |
| Room Revenues | $4,806,820 |
| Gross Revenues | $4,931,572 |
| Net Operating Income | $1,028,351 |
| NOI Margin | 20.9% |
| RevPAR Penetration (TTM July) | 83.5% |
| **Hotel Valuation Conclusion** | |
| **As-Is Value** | **$26,000,000 - $28,000,000** |
| Per Room | $185,714 - $200,000 |
| Cap Rate \| PF 2023 NOI | 6.4% - 6.9% |
| Cap Rate \| PF 2024 NOI | 7.2% - 7.8% |
| *Estimated Renovation* | *$350,000 ($2,500 per room)* |
| **All-In Value** | **$26,350,000 - $28,350,000** |
| Per Room | $188,214 - $202,500 |
| Cap Rate \| PF 2023 NOI | 6.3% - 6.8% |
| Cap Rate \| PF 2024 NOI | 7.1% - 7.7% |
| **As-Stabilized Value** | **$32,000,000 - $34,000,000** |
| Per Room | $228,571 - $242,857 |
| Cap Rate \| PF 2025 NOI | 6.7% - 7.1% |

1111 Brickell Avenue | Suite 1650 | Miami, FL 33131
**BERKADIA REAL ESTATE ADVISORS LLC**          BERKADIA.COM



| | |
|---|---|
| **Hotel** | **aloft Hotel Orlando International Drive** |
| **Address** | 5730 Central Florida Pkwy, Orlando, FL 32821 |
| **Room Count** | 144 |
| | **Forecast 2022** |
| Occupancy | 74.2% |
| ADR | $122.56 |
| RevPAR | $90.97 |
| Room Revenues | $4,781,323 |
| Gross Revenues | $5,394,487 |
| Net Operating Income | $1,529,815 |
| NOI Margin | 28.4% |
| RevPAR Penetration (TTM July) | 95.9% |
| **Hotel Valuation Conclusion** | |
| **As-Is Value** | **$27,000,000 - $29,000,000** |
| Per Room | $187,500 - $201,389 |
| Cap Rate \| PF 2023 NOI | 6.4% - 6.9% |
| Cap Rate \| PF 2024 NOI | 7.4% - 7.9% |
| *Estimated Renovation* | *$360,000 ($2,500 per room)* |
| **All-In Value** | **$27,360,000 - $29,360,000** |
| Per Room | $190,000 - $203,889 |
| Cap Rate \| PF 2023 NOI | 6.3% - 6.8% |
| Cap Rate \| PF 2024 NOI | 7.3% - 7.8% |
| **As-Stabilized Value** | **$32,000,000 - $33,000,000** |
| Per Room | $222,222 - $229,167 |
| Cap Rate \| PF 2025 NOI | 7.3% - 7.5% |

1111 Brickell Avenue | Suite 1650 | Miami, FL 33131

BERKADIA REAL ESTATE ADVISORS LLC

BERKADIA.COM


## BERKADIA
### HOTELS & HOSPITALITY

| | |
|---|---|
| **Hotel** | **Hyatt Place Melbourne/Palm Bay** |
| **Address** | 1435 Sportsman LN NE, Plam Bay, FL 32905 |
| **Year Built / Renovated** | 2020 |
| **Room Count** | 106 |



| | **TTM July 2022** |
|---|---|
| Occupancy | 76.2% |
| ADR | $113.73 |
| RevPAR | $86.71 |
| Room Revenues | $3,354,640 |
| Gross Revenues | $3,486,699 |
| Net Operating Income | $815,763 |
| NOI Margin | 23.4% |
| RevPAR Penetration | 81.1% |

**Hotel Valuation Conclusion**

| | |
|---|---|
| **As-Is Value** | **$18,000,000 - $20,000,000** |
| Per Room | $169,811 - $188,679 |
| Cap Rate TTM July 2022 NOI | 4.1% - 4.5% |
| | |
| **As-Stabilized** | **$24,500,000 - $26,500,000** |
| Per Room | $231,132 - $250,000 |
| Cap Rate | PF Y3 NOI | 7.5% - 8.1% |



1111 Brickell Ave | Suite 1650 | Miami, FL 33131
BERKADIA REAL ESTATE ADVISORS LLC                                    BERKADIA.COM


# BERKADIA
## HOTELS & HOSPITALITY

| | |
|---|---|
| **Hotel** | **Home2 Suites by Hilton Palm Bay I 95** |
| **Address** | 1425 Sportsman LN NE, Plam Bay, FL 32907 |
| **Year Built / Renovated** | 2020 |
| **Room Count** | 87 |
| | **TTM July 2022** |
| Occupancy | 87.3% |
| ADR | $118.25 |
| RevPAR | $103.21 |
| Room Revenues | $3,277,498 |
| Gross Revenues | $3,311,914 |
| Net Operating Income | $774,725 |
| NOI Margin | 23.4% |
| RevPAR Penetration | 115.8% |
| **Hotel Valuation Conclusion** | |
| **As-Is Value** | **$17,000,000 - $18,000,000** |
| Per Room | $195,402 - $206,897 |
| Cap Rate TTM July 2022 NOI | 4.3% - 4.6% |
| **All-Stabilized Value** | **$21,000,000 - $23,000,000** |
| Per Room | $241,379 - $264,367 |
| Cap Rate | PF Y3 NOI | 7.5% - 8.2% |




1111 Brickell Ave | Suite 1650 | Miami, FL 33131
BERKADIA REAL ESTATE ADVISORS LLC                                    BERKADIA.COM



| | |
|---|---|
| **Hotel** | **Crowne Plaza Palm Beach Airport Conference Center** |
| **Address** | 1301 Belvedere Rd, West Palm Beach, FL 33405 |
| **Year Built / Renovated** | 1987 |
| **Room Count** | 199 |
| | **TTM July 2022** |
| Occupancy | 61.7% |
| ADR | $137.67 |
| RevPAR | $84.97 |
| Room Revenues | $6,171,746 |
| Gross Revenues | $6,926,298 |
| Net Operating Income | $1,207,111 |
| NOI Margin | 17.4% |
| RevPAR Penetration | 73.9% |
| **Hotel Valuation Conclusion** | |
| As-Is Value | **$26,000,000 - $28,000,000** |
| Per Room | $130,653 - $140,704 |
| Cap Rate | TTM July 2022 | 4.3% - 4.6% |
| As-Stabilized Value | **$36,000,000 - $38,000,000** |
| Per Room | $180,905 - $190,955 |
| Cap Rate | PF Y3 NOI | 7.9% - 8.3% |





1111 Brickell Ave | Suite 1650 | Miami, FL 33131

BERKADIA REAL ESTATE ADVISORS LLC                                                                                       BERKADIA.COM



| | |
|---|---:|
| **Hotel** | **Rush Daytona Tapestry Collection** |
| **Address** | 2323 S Atlantic Ave, Daytona Beach, FL 32118 |
| **Year Built / Renovated** | 1986 |
| **Room Count** | 110 |
| | **Proforma Year 3** |
| Occupancy | 74.0% |
| ADR | $184.75 |
| RevPAR | $136.72 |
| Room Revenues | $5,554,263 |
| Gross Revenues | $6,247,712 |
| Net Operating Income | $2,468,455 |
| NOI Margin | 39.5% |
| **Hotel Valuation Conclusion** | |
| **As-Is Value** | **$16,000,000 - $18,000,000** |
| Per Room | $144,144 - $162,162 |
| Cap Rate | 13.7% - 15.4% |
| **As-Completed** | **$18,500,000 - 20,500,000** |
| Per Room | $166,667 - $184685 |
| Cap Rate | 12.0% - 13.3% |
| **As-Stabilized Value** | **$34,000,000 - $38,000,000** |
| Per Room | $306,306 - $342,342 |
| Cap Rate | 6.5% - 7.3% |





1111 Brickell Ave | Suite 1650 | Miami, FL 33131
BERKADIA REAL ESTATE ADVISORS LLC                                            BERKADIA.COM

# BERKADIA
## HOTELS & HOSPITALITY

| | |
|---|---|
| **Hotel** | **Staybridge Suites Orlando Royale Parc Suites** |
| **Address** | 5876 W Irlo Bronson Memorial Hwy |
| | Kissimmee, FL 34746 |
| **Room Count** | 224 |



| | **Forecast 2022** |
|---|---|
| Occupancy | 81.7% |
| ADR | $120.12 |
| RevPAR | $98.18 |
| Room Revenues | $8,027,550 |
| Gross Revenues | $8,956,477 |
| Net Operating Income | $1,967,628 |
| NOI Margin | 22.0% |
| RevPAR Penetration (July 2022) | 100.4% |

**Hotel Valuation Conclusion**

| | |
|---|---|
| **As-Is Value** | **$38,000,000 - $40,000,000** |
| Per Room | $169,643 - $178,571 |
| Cap Rate | PF 2023 NOI | 7.4% - 7.8% |
| Cap Rate | PF 2024 NOI | 8.3% - 8.8% |
| *Estimated Renovation* | *$672,000 ($3,000 per room)* |
| **All-In Value** | **$38,672,000 - $40,672,000** |
| Per Room | $172,643 - $181,571 |
| Cap Rate | PF 2023 NOI | 7.3% - 7.7% |
| Cap Rate | PF 2024 NOI | 8.2% - 8.6% |



1111 Brickell Avenue | Suite 1650 | Miami, FL 33131

BERKADIA REAL ESTATE ADVISORS LLC

BERKADIA.COM

# BERKADIA
## HOTELS & HOSPITALITY



| | |
|---|---:|
| **Hotel** | **Crowne Plaza Orlando Lake Buena Vista** |
| **Address** | 8686 Palm Pkwy, Orlando, FL 32836 |
| **Room Count** | 200 |
| | **Forecast 2022** |
| Occupancy | 73.5% |
| ADR | $109.31 |
| RevPAR | $80.33 |
| Room Revenues | $5,864,312 |
| Gross Revenues | $7,014,267 |
| Net Operating Income | $1,627,538 |
| NOI Margin | 23.2% |
| RevPAR Penetration (TTM July) | 92.3% |
| **Hotel Valuation Conclusion** | |
| **As-Is Value** | **$29,000,000 - $31,000,000** |
| Per Room | $145,000 - $155,000 |
| Cap Rate \| PF 2023 NOI | 7.9% - 8.4% |
| Cap Rate \| PF 2024 NOI | 8.8% - 9.4% |
| *Estimated Renovation* | *$600,000 ($3,000 per room)* |
| **All-In Value** | **$29,600,000 - $31,600,000** |
| Per Room | $148,000 - $158,000 |
| Cap Rate \| PF 2023 NOI | 7.7% - 8.3% |
| Cap Rate \| PF 2024 NOI | 8.6% - 9.2% |
| **As-Stabilized Value** | **$35,000,000 - $37,000,000** |
| Per Room | $175,000 - $185,000 |
| Cap Rate \| PF 2025 NOI | 7.9% - 8.4% |

1111 Brickell Avenue | Suite 1650 | Miami, FL 33131

BERKADIA REAL ESTATE ADVISORS LLC                                                         BERKADIA.COM