IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AD1 Urban Palm Bay, LLC,[1] | Case No. 23-10074 (KBO) |
| Debtor. | (Joint Administration Requested) |

**CERTIFICATION OF DEBTORS' CONSOLIDATED CREDITOR MATRIX**

As required by Rule 1007(a) of the Federal Rules of Bankruptcy Procedure and Rule 1007-2(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), a list of creditors (the "List") of the above-captioned debtors and debtors in possession (each, a "Debtor," and collectively, the "Debtors") is filed by attachment hereto.

The List has been prepared, on a consolidated basis, from the Debtors' books and records. The undersigned, the Responsible Fiduciary of AD1 Urban Palm Bay, LLC, one of the Debtors, hereby certifies that the List contains the names and addresses of all creditors of the Debtors that could be ascertained after diligent inquiry, based on a review of the Debtors' books and records, and is consistent with the information contain therein. To the extent practicable, the List complies with Local Rule 1007-1(a). The Debtors reserve the rights to amend or supplement the list as necessary.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: AD1 Celebration Hotels, LLC (7980); AD1 Daytona Hotels, LLC (7940); AD1 LBV1, LLC (1125); AD1 PB Airport Hotels, LLC (6855); AD1 SW Property Holdings, LLC (2507); AD1 Urban Palm Bay, LLC (3713); AD1 Urban Palm Bay Place, LLC (2385); AD1 Celebration Holdings, LLC (3363); AD1 Daytona Holdings, LLC (2761); AD1 LBV Hotels, LLC (7709); AD1 Palm Beach Airport Hotels, LLC (2187); AD1 Urban Strategy Palm Bay, LLC (9412); and AD1 Urban SW, LLC (6934). The mailing address for each of the Debtors is 1955 Harrison Street, Suite 200, Hollywood, FL 33020.

US.355284895.01

Although the information contained in the List is based on a review of the Debtors' books and records, the Debtors have not completed a comprehensive legal and/or factual investigation with regard to possible defenses of the Debtors and their estates to any claims of the potential claimants included in the List. In addition, certain of the parties included in the List may not hold outstanding claims as of the date hereof, and therefore may not be creditors of the Debtors and their estates for purposes of these chapter 11 cases. Therefore, the List does not, and should not be deemed or otherwise construed to, constitute either (i) a waiver of any defenses of the Debtors and their estates to any claims that may be asserted against the Debtors and their estates or (ii) an acknowledgement or admission of the validity, priority, or amount of any claims that me be asserted against the Debtors and their estates.

Dated: January 25, 2023

Respectfully submitted

*/s/ Alex Fridzon*
Alex Fridzon
Responsible Fiduciary

AD1 Urban Palm Bay, LLC