**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AD1 Urban Palm Bay, LLC,[1] | Case No. 23-10074 (KBO) |
| Debtor. | (Joint Administration Requested) |

## AFFIDAVIT OF SERVICE

I, Alexa Westmoreland, depose and say that I am employed by Stretto, the *proposed* claims and noticing agent for the Debtors in the above-captioned cases.

On January 25, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit A,** via facsimile on the service list attached hereto as **Exhibit B,** and via electronic on the service list attached hereto as **Exhibit C**:

- **Notice of (I) Filing of Bankruptcy Petitions and Related Documents and (II) Agenda for Hearing on the Initial First Day Motions Scheduled for January 26, 2023, at 12:00 P.M. (ET), Before the Honorable Karen B. Owens, United States Bankruptcy Judge for the District of Delaware** (Docket No. 17)

- **Amended Notice of (I) Filing of Bankruptcy Petitions and Related Documents and (II) Agenda for Hearing on the Initial First Day Motions Scheduled for January 26, 2023, at 12:00 P.M. (ET), Before the Honorable Karen B. Owens, United States Bankruptcy Judge for the District of Delaware** (Docket No. 21)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: January 25, 2023

*/s/ Alexa Westmoreland*
Alexa Westmoreland

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 25th day of January 2023 by Alexa Westmoreland.

*/s/ Parker Leatherbury Popky*
(Notary's official signature)

PARKER LEATHERBURY POPKY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20214038112
MY COMMISSION EXPIRES SEPTEMBER 27, 2025

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: AD1 Celebration Hotels, LLC (7980); AD1 Daytona Hotels, LLC (7940); AD1 LBV1, LLC (1125); AD1 PB Airport Hotels, LLC (6855); AD1 SW Property Holdings, LLC (2507); AD1 Urban Palm Bay, LLC (3713); AD1 Urban Palm Bay Place, LLC (2385); AD1 Celebration Holdings, LLC (3363); AD1 Daytona Holdings, LLC (2761); AD1 LBV Hotels, LLC (7709); AD1 Palm Beach Airport Hotels, LLC (2187); AD1 Urban Strategy Palm Bay, LLC (9412); and AD1 Urban SW, LLC (6934). The mailing address for each of the Debtors is 1955 Harrison Street, Suite 200, Hollywood, FL 33020.

# **<u>Exhibit A</u>**



## Exhibit A
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Access Point Financial LLC | APF-CS LLC | 1 Ravinia Drive Ste 900 | | Atlanta | GA | 30346 |
| Algomat Group Inc. | Attn: Legal Department | 8335 NW 68 ST | | Miami | FL | 33166 |
| Alter Domus (US) LLC | Attn: Legal Department | 225 W. Washington Street, 9th Floor | | Chicago | IL | 60606 |
| Amur Equipment Finance Inc | Attn: Legal Department | 308 N Locust St Suite 100 | | Grand Island | NE | 68801 |
| Anthony Travel LLC | Attn: Legal Department | 7920 Beltline Rd Suite 1010 | | Dallas | TX | 75254 |
| Attorney General for State of DE | c/o Delaware Dept of Justice | 820 N French St | Carvel State Building | Wilmington | DE | 19801 |
| Baker Roofing Company | Attn: Legal Department | PO Box 26057 | 517 Mercury St | Raleigh | NC | 27611 |
| Booking.com B.V. | Attn: Legal Department | 5295 Paysphere Circle | | Chicago | IL | 60674-5295 |
| Bright House Networks | Charter Communications | PO Box 223085 | | Pittsburgh | PA | 15251-2085 |
| Bryn Mawr Equipment Finance Inc. | Attn: Legal Dept. | 801 Lancaster Avenue | | Bryn Mawr | PA | 19010 |
| Cannella Family | c/o Berkeley Law Office P.A. | 2295 NW Corporate Blvd. Suite 117 | Attn: Francisco Gonzalez | Boca Raton | FL | 33431 |
| CBC Hospitality | Attn: Legal Department | 5224 W State Road 46 Unite 327 | | Sanford | FL | 32771 |
| Crestmark Vendor Finance | a division of MetaBank | 5480 Corporate Dr Suite 350 | | Troy | MI | 48090 |
| CT Corp System as Representative | Attn: SPRS | 330 N. Brand Blvd. Suite 700 | | Glendale | CA | 91203 |
| Decolumber LLC | Attn: Legal Department | 10255 General Dr Suite A6-A7 | | Orlando | FL | 32824 |
| Delaware Secretary of State | Attn: Bankruptcy Dept. | 401 Federal St Suite 4 | John G. Townsend Bldg. | Dover | DE | 19903 |
| Duke Energy | Duke Energy Payment Processing | PO Box 1004 | | Charlotte | NC | 28201-1004 |
| Express Plumbing of Central FL Inc. | Attn: Legal Department | 309 Altamonte Commerce Blvd Ste1502 | | Altamonte Springs | FL | 32714 |
| Extreme Construction Group Inc. | Attn: Legal Department | 2844 Stirling Rd Ste A | | Hollywood | FL | 33020 |
| Farmer & Irwin Corp | Attn: Legal Department | 3300 Avenue K | | Riviera Beach | FL | 33404 |
| Fidelity Funding Services LLC | Attn: Legal Department | 19600 Fairchild Rd Suite 120 | | Irvine | CA | 92612 |
| FPL | Attn: Legal Department | General Mail Facility | | Miami | FL | 33188-0001 |
| Furniture Liquidators USA Inc | Attn: Legal Department | 10407 Rocket Blvd | | Orlando | FL | 32824 |
| Guest Supply | Attn: Chad Markhan | PO Box 6771 | | Somerset | NJ | 08875-6771 |
| Hall Urban Orlando LLC | Attn: Legal Dept. | 2323 Ross Ave Suite 200 | | Dallas | TX | 75201 |
| Harmony Interiors Inc. | Attn: Legal Department | 37 N Orange Ave Ste 560 | | Orlando | FL | 32801 |
| HD Sup Facilities Maintenance Ltd | Attn: Legal Department | PO Box 509058 | | San Diego | CA | 92150-9058 |
| Herly Corp | Attn: Legal Department | 7041 Grand National Dr Ste 105A | | Orlando | FL | 32819 |
| Hill York Service Company LLC | Attn: Legal Department | PO Box 350155 | | Ft Lauderdale | FL | 33335 |
| Hilton | Attn: Legal Department | 4649 Paysphere Circle | | Chicago | IL | 60674 |
| HP Financial Services Co | Attn: Legal | 200 Connell Drive | | Berkley Heights | NJ | 07922 |
| HPS Investment Partners LLC | Attn: Legal Dept | 40 W 57th St 33rd Floor | | New York | NY | 10019 |
| Hyatt Corporation | Attn: Legal Department | 16417 Collection Center Dr | | Chicago | IL | 60693 |
| IHG | Wells Fargo Bank InterContinental | PO Box 101074 | | Atlanta | GA | 30392-1074 |
| Insight Direct USA | Attn: Legal Department | PO Box 731069 | | Dallas | TX | 75373-1069 |
| Internal Revenue Service | Attn: Bankruptcy Dept | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| KeyBank National Association | Attn: Rory Larkin DACA Control | 127 Public Square | Mailcode: OH 01-27-0527 | Cleveland | OH | 44114 |
| KeyBank National Association | Attn: William Michels DACA Control | 127 Public Square | Mailcode: OH 01-27-0527 | Cleveland | OH | 44114 |
| KeyBank National Association | Attn: Zachary J. Roach | 1675 Broadway, Suite 400 | Mailcode: CO 02-WT-0401 | Denver | CO | 80202 |
| KniTec Inc. | Attn: Legal Department | 1225 Puerta Del Sol Unit 600 | | San Clemente | CA | 92673 |
| KONE | Attn: Legal Department | PO Box 22251 | | New York | NY | 10087-2251 |
| LEAF Capital Funding LLC | Attn: Legal Department | 2005 Market St 14th Floor | | Philadelphia | PA | 19103 |
| Life Fitness LLC | Attn: Legal Dept. | 9525 West Bryn Mawr Avenue | Columbia Centre III | Rosemont | IL | 60018 |
| Marriott International Inc. | Domestic Franchise A/R | 7750 Wisconsin Avenue | | Bethesda | MD | 20814 |
| Master T Inc. | Attn: Legal Department | 295 Montego Bay Court | | Merritt Island | FL | 32953 |

In re: AD1 Urban Palm Bay, LLC, et al.
Case Number: 23-10074 (KBO)



# Exhibit A
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| NEC Financial Services LLC | Attn: Legal Dept. | 250 Pehle Ave Suite 203 | | Saddle Brook | NJ | 07663 |
| Office of the United States Trustee | Attn: Benjamin A. Hackman | 844 King Street, Suite 2207 | | Wilmington | DE | 19801 |
| Pawnee Leasing Corporation | Attn: Legal Department | 3801 Automatation Way Suite 207 | | Fort Collins | CO | 80525 |
| Ready Capital Subsidiary Reit I LLC | Attn: Legal Dept. | 1251 Avenue of the Americas 50th fl | | New York | NY | 10020 |
| ReadyCap Commercial LLC et al | Attn: Legal Dept. | 1320 Greenway Dr Suite 560 | | Irving | TX | 75038 |
| ReadyCap Warehouse Financing LLC | Attn: Legal Department | 1140 Ave of Americas 7th Floor | | New York | NY | 10035 |
| Securities & Exchange Commission | Attn: Bankruptcy Dept | 100 F Street  NE | | Washington | DC | 20549 |
| Sysco Central Florida Inc | Attn: Legal Department | PO Box 40 | | Ocoee | FL | 34761 |
| Sysco Southeast Florida Inc | Attn: Legal Department | 1999 Martin Luther King Jr Blvd | | Riviera Beach | FL | 33404 |
| System Tech Services Inc | Attn: Legal Department | 851 Central Park Dr | | Sanford | FL | 32771 |
| TCF National Bank | Attn: Legal Dept. | 1111 W San Marnan Dr Ste A2 W | | Waterloo | IA | 50701 |
| Thorofare Asset Based Lending | REIT Fund V LLC | 601 S Figueroa St Suite 2050 | | Los Angeles | CA | 90017 |
| Transworld Services Inc | Attn: Legal Department | 2025 NW 102nd Ave | Warehouse 101 | Miami | FL | 33172 |
| Truist One Bank | Attn: Isabel Santiago | 515 East Las Olas Blvd. 7th Floor | Mailcode: 888-54-07-10 | Fort Lauderldale | FL | 33301 |
| US Attorney for the District of DE | c/o U.S. Attorney's Office | Hercules Building 1313 N Market St | | Wilmington | DE | 19801 |
| Whirlpool Corporation | Attn: Legal Dept. | 2000 M63 North | | Benton Harbor | MI | 49022 |

In re: AD1 Urban Palm Bay, LLC, et al.
Case Number: 23-10074 (KBO)

Page 2 of 2

# **<u>Exhibit B</u>**



**Exhibit B**
Served Via Facsimile Mail

| Name | Attention | Fax |
|---|---|---|
| Alter Domus (US) LLC | Attn: Legal Department | 312-376-0751 |
| Anthony Travel LLC | | 214-363-1180 |
| Attorney General for the State of Delaware | c/o Delaware Department of Justice | 302-577-6630 |
| Booking.com B.V. | | 312-577-0624 |
| CBC Hospitality | Attn: Legal Dept. | 407-386-3317 |
| Decolumber LLC | | 407-955-3470 |
| Farmer & Irwin Corp | | 561-842-5999 |
| IHG | Wells Fargo Bank, N.A. InterContinental | 770-604-5275 |
| KeyBank National Association | Attn: Rory Larkin, DACA Control | 216-689-0977 |
| KeyBank National Association | Attn: William Michels, DACA Control | 216-370-9115 |
| KeyBank National Association | Attn: Zachary J. Roach - Treasury | 216-698-4364 |
| KniTec Inc. | | 949-325-7680 |
| Marriott International Inc. | Domestic Franchise A/R | 301-276-7706 |
| Office of the United States Attorney for the District of Delaware | c/o U.S. Attorney's Office | 302-573-6220 |
| Office of the United States Trustee | Attn: Benjamin A. Hackman | 302-573-6497 |
| System Tech Services Inc | | 407-682-9882 |
| Transworld Services Inc | | 305-477-6609 |

In re: AD1 Urban Palm Bay, LLC, et al.
Case Number: 23-10074 (KBO)

Page 1 of 1

# **<u>Exhibit C</u>**



**Exhibit C**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Algomat Group Inc. | | | info@algomatgroup.com |
| Alter Domus (US) LLC | Attn: Legal Department | | legal@alterdomus.com |
| Amur Equipment Finance, Inc. | | | CustomerCare@amuref.com<br>AEFOriginator@amuref.com |
| Anthony Travel LLC | | | Info@AnthonyTravel.com |
| Attorney General for the State of Delaware | c/o Delaware Department of Justice | | attorney.general@delaware.gov |
| Baker Roofing Company | | | contact@bakerroofing.com |
| Booking.com B.V. | Attn: Legal Dept. | | amanda.harper@booking.com<br>yohani.canellas@booking.com |
| Bright House Networks | Charter Communications | | Lynn.Sheehan@charter.com |
| Bryn Mawr Equipment Finance, Inc. | | | twestburg@bmtc.com |
| Cannella Family | c/o Berkeley Law Office, P.A. | Attn: Francisco Gonzalez | fg@berkelyelawoffice.com<br>bd@berkeleylawoffice.com |
| CBC Hospitality | Attn: Legal Dept. | | jr@cbchospitalitygroup.com |
| Decolumber LLC | | | sales@decolumberusa.com |
| Duke Energy | Duke Energy Payment Processing | | service@businessdei.shopdukeenergystore.com |
| Express Plumbing of Central Florida Inc. | Attn: Legal Dept. | | service@expressplumbingofcfl.com |
| Extreme Construction Group Inc. | | | info@extremeconstructiongroupinc.com<br>extremeconstructiongroup@live.com |
| Farmer & Irwin Corp | | | info@fandicorp.com |
| Fidelity Funding Services, LLC | | | info@fidelitycapitalonline.com |
| Furniture Liquidators USA Inc | Attn: Legal Dept. | | furnitureguruusa@gmail.com<br>syedjavedpk@yahoo.com |
| Guest Supply | Attn: Chad Markhan | | info@guestworldwide.com |
| Hall Urban Orlando, LLC | | | info@hallgroup.com |
| Harmony Interiors Inc. | | | info@harmonyinteriorsinc.com |
| HD Supply Facilities Maintenance Ltd. | | | customercare@hdsupply.com |
| Herly Corp | Attn: Legal Dept. | | info@herlyusa.com |
| Hewlett-Packard Financial Services Company | | | investorrelations@hp.com |
| Hill York Service Company LLC | Attn: Legal Dept. | | ar@hillyork.com |
| Hilton | | | development.americas@hilton.com<br>angela.darr@hilton.com |
| HPS Investment Partners, LLC | | | ir@hpspartners.com |
| HPS Investment Partners, LLC | c/o Paul Hastings LLP | Attn: Harvey A. Strickon | harveystrickon@paulhastings.com |
| HPS Investment Partners, LLC | c/o The Rosner Law Group LLC | Attn: Frederick B. Rosner & Jason A. Gibson | rosner@teamrosner.com<br>gibson@teamrosner.com |
| Hyatt Corporation | | | ryan.mcnamara@hyatt.com |
| IHG | Wells Fargo Bank, N.A. InterContinental | | privacyoffice@ihg.com<br>ananya.kejriwal@ihg.com |
| Insight Direct USA | | | scott.walters@insight.com |
| KniTec Inc. | | | sales@knitec.com |
| KONE | | | Americas.customer-support@kone.com |
| LEAF Capital Funding, LLC | | | INFO@LEAFnow.com |
| Life Fitness, LLC | | | dana.andreoli@lifefitness.com |
| Marriott International Inc. | Domestic Franchise A/R | | jeremy.mccluskey@marriott.com |

In re: AD1 Urban Palm Bay, LLC, et al.
Case Number: 23-10074 (KBO)

Page 1 of 2



**Exhibit C**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Master T Inc. | Attn: Legal Dept. | | 40mastert@gmail.com |
| Office of the United States Trustee | Attn: Benjamin A. Hackman | | benjamin.a.hackman@usdoj.gov |
| ReadyCap Commercial, LLC, dba Ready Capital Structured Finance; ReadyCap Warehouse Financing LLC; Ready Capital Mortgage Depositor II, LLC; Ready Capital Subsidiary Reit I, LLC; | Ready Capital Mortgage Depositor IV, LLC; Ready Capital Mortgage Financing 2019-FL3, LLC | | msheehan@kslaw.com dhart@kslaw.com |
| Sysco Central Florida Inc | Attn: Legal Dept. | | Robert.Reich@sysco.com |
| Sysco Southeast Florida Inc | Attn: Legal Dept. | | Robert.Reich@sysco.com |
| System Tech Services Inc | | | sales@stsi-fla.com |
| Thorofare Asset Based Lending REIT Fund V, LLC | | | deals@thorofarecapital.com |
| Transworld Services Inc | | | sales@twstransworld.com |
| Truist One Bank | c/o Commercial Real Estate | Attn: Isabel Santiago | Isabel.Santiago@truist.com |
| Whirlpool Corporation | | | investor_relations@whirlpool.com |

In re: AD1 Urban Palm Bay, LLC, et al.
Case Number: 23-10074 (KBO)

Page 2 of 2