# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AD1 Urban Palm Bay, LLC, *et al.*, | Case No. 23-10074 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| | **Objection Deadline:** October 12, 2023, at 4:00 p.m. (ET) |
| | **Hearing Date:** October 19, 2023, at 1:00 p.m. (ET) |

## NOTICE OF APPLICATION

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO HPS INVESTMENT PARTNERS, LLC (AS ADMINISTRATIVE AND COLLATERAL AGENT); (III) THE DEBTORS' THIRTY LARGEST UNSECURED CREDITORS ON A CONSOLIDATED BASIS; AND (IV) ANY PARTY WHO HAS REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002.

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") have filed the *Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Berkadia Real Estate Advisors, LLC as Broker for the Debtors Effective as of the Petition Date* (the "Application").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Application must be filed on or before October 12, 2023, at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection upon the undersigned proposed counsel to the Debtors so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE APPLICATION WILL BE HELD ON **OCTOBER 19, 2023, AT 1:00 P.M. (ET)** BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THEN THE COURT MAY GRANT THE RELIEF**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: AD1 Celebration Hotels, LLC (7980); AD1 Daytona Hotels, LLC (7940); AD1 LBV1, LLC (1125); AD1 PB Airport Hotels, LLC (6855); AD1 SW Property Holdings, LLC (2507); AD1 Urban Palm Bay, LLC (3713); AD1 Urban Palm Bay Place, LLC (2385); AD1 Celebration Holdings, LLC (3363); AD1 Daytona Holdings, LLC (2761); AD1 LBV Hotels, LLC (7709); AD1 Palm Beach Airport Hotels, LLC (2187); AD1 Urban Strategy Palm Bay, LLC (9412); and AD1 Urban SW, LLC (6934). The mailing address for each of the Debtors is 1955 Harrison Street, Suite 200, Hollywood, FL 33020.

US.356895879.07

REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR A HEARING.

| | |
|---|---|
| Dated: September 28, 2023<br>Wilmington, Delaware | **FAEGRE DRINKER BIDDLE & REATH LLP**<br><br>*/s/ Ian J. Bambrick*<br>Ian J. Bambrick (No. 5455)<br>Katharina Earle (No.6348)<br>222 Delaware Ave. Suite 1410<br>Wilmington, DE  19801<br>Tel:  (302) 467-4200<br>Fax:  (302) 467-4201<br>ian.bambrick@faegredrinker.com<br>katharina.earle@ faegredrinker.com<br><br>Scott F. Gautier (admitted *pro hac vice*)<br>Maria J. Cho (admitted *pro hac vice*)<br>1800 Century Park East, Suite 1500<br>Los Angeles, CA  90067<br>Tel:  (310) 203-4000<br>Fax:  (310) 229-1285<br>scott.gautier@faegredrinker.com<br>maria.cho@faegredrinker.com<br><br>Michael T. Gustafson (admitted *pro hac vice*)<br>320 South Canal Street, Suite 3300<br>Chicago, IL  60606<br>Tel:  (312)569-1000<br>Fax:  (312) 569-3000<br>mike.gustafson@faegredrinker.com<br><br>*Counsel to the Debtors*<br>*and Debtors in Possession* |