# **EXHIBIT B**

**Stevenson Declaration**

US.356895879.07

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AD1 Urban Palm Bay, LLC, *et al.*, | Case No. 23-10074 (KBO) |
| Debtors.¹ | (Jointly Administered) |

**DECLARATION OF KYLE STEVENSON IN SUPPORT OF THE APPLICATION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BERKADIA REAL ESTATE ADVISORS, LLC AS BROKER FOR THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**

I, Kyle Stevenson, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1.     I am a managing director at Berkadia Real Estate Advisors, LLC ("Berkadia" or the "Company"), a full-service real estate firm licensed in Florida, among other states.

2.     I submit this declaration (this "Declaration") in support of the *Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Berkadia Estate Advisors, LLC as Broker for the Debtors Effective as of the Petition Date* (the "Application"),² for authority to (i) retain and employ Berkadia as the Debtors' broker as of the Petition Date and (ii) modify the time keeping requirements under Bankruptcy Rule 2016(a) and Local Rule 2016-2. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein. To the extent any information disclosed herein requires amendment or modification upon Berkadia's completion of further review, or as additional information regarding parties in interest

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: AD1 Celebration Hotels, LLC (7980); AD1 Daytona Hotels, LLC (7940); AD1 LBV1, LLC (1125); AD1 PB Airport Hotels, LLC (6855); AD1 SW Property Holdings, LLC (2507); AD1 Urban Palm Bay, LLC (3713); AD1 Urban Palm Bay Place, LLC (2385); AD1 Celebration Holdings, LLC (3363); AD1 Daytona Holdings, LLC (2761); AD1 LBV Hotels, LLC (7709); AD1 Palm Beach Airport Hotels, LLC (2187); AD1 Urban Strategy Palm Bay, LLC (9412); and AD1 Urban SW, LLC (6934). The mailing address for each of the Debtors is 1955 Harrison Street, Suite 200, Hollywood, FL 33020.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

US.356895879.07

becomes available, a supplemental declaration will be submitted to the Court reflecting such amended, supplemented, or otherwise modified information.

3.     Neither I, Berkadia, nor any professional of the Company represents any entity other than the Debtors in connection with the Chapter 11 Cases.  In addition, to the best of my knowledge, after due inquiry, neither I, Berkadia, nor any professional of the Company represents any party in interest in the Chapter 11 Cases in matters related to the Chapter 11 Cases.

## BERKADIA'S QUALIFICATIONS

4.     Berkadia is a full-service real estate firm formed in 2009 as a joint venture of Berkshire Hathaway and Leucadia National Corporation (now Jefferies Financial Group), both of which are renowned for their capital strength and sophisticated investment strategies.  Berkadia has extensive sales experience within the hospitality industry and is licensed in Florida, which was required to conduct the sales of the Properties.

5.     Berkadia, which has been engaged since the Petition Date,[3] provided a valuable addition and necessary complement to the professional services of RD.  Because Berkadia has a physical presence in Florida, it has a connection to the community and the types of buyers that were interested in the Debtors' Properties.  Berkadia's local presence also provided RD with the ability to accommodate requests for in-person property tours.

## SERVICES PROVIDED

6.     Subject to an order of the Court approving Berkadia's retention, the Debtors seek to retain and employ Berkadia for the necessary services rendered during the pendency of the Chapter 11 Cases.  The services rendered by Berkadia are appropriate and were necessary to enable

---

[3] As set forth in the *Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of RobertDouglas as Investment Banker for the Debtors Effective as of the Petition Date* [Docket No. 141] filed on March 3, 2023, the Debtors initially proposed that Berkadia would be retained under the umbrella of RD's retention. After discussions with the U.S. Trustee, the Debtors file this separate Application with respect to Berkadia.

the Debtors to faithfully execute their duties as debtors and debtors in possession and to prosecute the Chapter 11 Cases. Berkadia's desire and willingness to act in the Chapter 11 Cases to render the below necessary professional services (collectively, the "Services") as broker for the Debtors was instrumental in the Property Sales:

- market and solicit proposals for the sale and/or Financing of the Properties located in Florida at RD's direction (to the extent permitted by applicable law);

- cooperate with RD who is a duly licensed real estate broker in the state of New York;

- perform all legally required duties of a real estate broker in the state of Florida;

- solicit proposals for a Sale and/or Financing of the Properties ("Proposals") which Proposals shall set forth, in writing, the terms and conditions for a potential Sale and/or Financing (each as defined in the RD Application) transaction;

- refer all press release requests relating to Properties to RD;

- collaborate with RD in the presentation and submission to the Owner of all offers for the Sale and/or Financing of the Properties;

- provide any other professional services necessary for provision of the foregoing Services.

**TERMS OF COMPENSATION**

7. In consideration of the services previously and to be provided by Berkadia, subject to Court approval, the Debtors have agreed that Berkadia shall earn the proposed compensation (the "Fee and Expense Structure") set forth below.

8. For purposes herein, the Fee and Expense Structure applicable for RD and Berkadia (for purposes of this section, together the "Brokers") consists of (i) a fee at one and one-eighth

4

percent (1.125%) of the gross sale price or transaction value in the case of a Sale[4] (the "Equity Fee") or one and one-quarter percent (1.25%) of the gross financing amount in the case of a Financing (the "Financing Fee" and, together with the Equity Fee, the "Advisory Fee"); and (ii) hourly fees.  The Advisory Fee shall be earned in full at the closing of such Sale and/or Financing of each Property, subject to the following: (1)  In the event of either a Sale or Financing to a party other than the Secured Parties, the amount of the applicable Advisory Fee otherwise payable in excess of 0.75% of the total sale price or financing proceeds will be fully subordinated to the payment in full in cash of the Secured Parties' Claim (as set forth in paragraph 14 of the Final Cash Collateral Order [Docket No. 140]); and (2) In the event that one or more of the Secured Parties acquires the property by Sale through a credit bid, the amount of the Equity Fee otherwise payable to the Brokers in excess of 0.375% of the total sale price will be subordinated to the payment in full in cash of the Secured Parties' Claim.  Any payment of hourly fees shall be subject to procedures for fee applications approved in these Chapter 11 Cases. Should the closing of a Sale or Financing not occur, then no Advisory Fee will be due to the Brokers.  In no event shall the Brokers be entitled to both an Equity Fee and a Financing Fee for an individual Property.

9. In the event of a closing of a Sale or Financing, Berkadia shall receive one-third (1/3) of the Advisory Fee and RD shall receive two-thirds (2/3) of the Advisory Fee, which shall be paid to the Brokers by the Debtors.

10. The Fee and Expense Structure is the result of arm's-length negotiations between and among the Debtors and the Brokers.  The Debtors ultimately agreed to the Fee and Expense Structure because it is reasonable and appropriate in light of market conditions and because the Debtors require the services of the Brokers.  The Fee and Expense Structure also reflects the scope

---

[4] For purposes of this section, terms used but not defined shall carry those definitions assigned to them in the RD Application.

and difficulty of the mandate the Brokers have undertaken in connection with the Chapter 11 Cases and accounts for the potential for an unfavorable outcome as a result of factors outside of their control.

11. The Fee and Expense Structure was also agreed upon in anticipation that a substantial commitment of professional time and effort would be required of the Brokers and their professionals in connection with this assignment and in light of the fact that (i) such commitment may foreclose other opportunities for the Brokers and (ii) the actual time and commitment required of Berkadia and its professionals to perform its services may vary substantially from week to week and month to month during the pendency of these Chapter 11 Cases, creating "peak load" issues for the Brokers. The ultimate benefit of Berkadia's services cannot be measured by reference to the number of hours to be expended by Berkadia professionals in the performance of such services.

### **RECORD KEEPING AND APPLICATIONS FOR COMPENSATION**

12. It is not the general practice of real estate firms, such as Berkadia, to maintain contemporaneous time records or to keep detailed time records similar to those customarily kept by attorneys and required by Local Rule 2016-2. The Debtors understand that Berkadia intends to apply to this Court for allowance of compensation for professional services rendered and reimbursement of charges and disbursements incurred in the Chapter 11 Cases in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any orders entered in the Chapter 11 Cases governing professional compensation and reimbursement for fees and expenses charged. Such applications will include time records for Berkadia setting forth, in a summary format, a reasonably detailed description of the services rendered by each professional and the amount of time spent in one-tenth of an hour increments by each such individual in rendering services on behalf of the Debtors. The Debtors respectfully request,

6

pursuant to Local Rule 2016-2(h), that the Court waive compliance with any such requirements inconsistent with the description set forth above.

13. Berkadia will maintain detailed records of any actual and necessary costs and expenses incurred in connection with the aforementioned services.

14. Berkadia's applications for compensation and expense reimbursement will be paid by the Debtors pursuant to the Proposed Order, in accordance with Local Rule 2016-2 and any procedures established by the Court.

### BERKADIA'S DISINTERESTEDNESS

15. Berkadia has conducted a series of diligent searches in the Company's conflicts databases to identify relationships with the Debtors, their lenders, and various other parties-in-interest in the Chapter 11 Cases, including those entities listed on **Exhibit 1** attached hereto (collectively, the "Potential Parties in Interest").

16. The Debtors provided their information in the format in which they maintain it, which format did not consistently disclose the full correct legal name or other information needed for every name to be checked. The information listed on **Exhibit 1** may have changed without Berkadia's knowledge and may change during the pendency of the Chapter 11 Cases. Accordingly, Berkadia will update this Declaration as necessary and when Berkadia becomes aware of material information or updates. The following is a list of the categories that Berkadia has searched:[5]

    a)    Debtors
    b)    Current and Former Directors and Officers
    c)    Known Affiliates
    d)    Equity Holders
    e)    Debtors' Professionals

---

[5] A potential party-in-interest may fall into multiple categories. When that is the case, the potential party-in-interest is listed once on **Exhibit 1**.

7

   f) Banks/Lender/UCC Lien Parties
   g) Lender's Professionals
   h) Material Vendors and Contract Counterparties
   i) Insurers
   j) Utilities
   k) Taxing and Governmental Authorities
   l) Litigation and Potential Litigation Parties
   m) Top Thirty Unsecured Creditors
   n) United States Bankruptcy Court Judges for the District of Delaware
   o) Office of the United States Trustee for the District of Delaware
   p) Additional Potential Parties-in-Interest (as identified throughout the Chapter 11 Cases)

17. Based on the conflicts and connections search conducted and described herein, to the best of my knowledge, neither I, Berkadia, nor any professional thereof, insofar as I have been able to ascertain, has any connection with the Debtors or any other parties-in-interest herein, except as set forth on **Exhibit 2** attached hereto.

18. In addition, to the best of my knowledge, information, and belief and in accordance with Bankruptcy Rule 5002, neither I, nor any member of Berkadia is a relative of the United States Bankruptcy Judge assigned to the Chapter 11 Cases, and Berkadia does not have a connection with the United States Bankruptcy Judge that would render its retention in the Chapter 11 Cases improper. Further, in accordance with Bankruptcy Rule 2014, Berkadia does not have any connection with the U.S. Trustee or any persons employed by the U.S. Trustee.

19. To the best of my knowledge, based on the searches conducted to date, Berkadia (i) is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates, and (ii) has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in this Declaration.

20. Given the large number of parties in interest in the Chapter 11 Cases and because the information on **Exhibit 1** may have changed without our knowledge and may change during

8

the pendency of the Chapter 11 Cases, we are not able conclusively to identify all relationships or potential relationships with all creditors or other parties in interest in the Chapter 11 Cases. If any new relevant facts or relationships are discovered or arise, Berkadia will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

## CONCLUSION

The Application requests approval of the Debtors' retention of Berkadia in accordance with the Fee and Expense Structure, as modified by the Proposed Order, and with Berkadia's normal reimbursement policies, subject to any further modifications to such policies that Berkadia may be required to make to comply with orders of this Court, the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules. Subject to the terms and conditions set forth herein, Berkadia intends to apply pursuant to section 330 of the Bankruptcy Code, for allowances of compensation for professional services rendered in the Chapter 11 Cases and for reimbursement of actual and necessary expenses incurred in connection therewith in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, *provided, however*, any fee application filed by Berkadia shall be subject to review only pursuant to the standard of review set forth in section 328 of the Bankruptcy Code and not subject to the standard of review set forth in section 330 of the Bankruptcy Code.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: September 28, 2023                /s/ Kyle Stevenson
                                         Kyle Stevenson
                                         Managing Director
                                         Berkadia Real Estate Advisors, LLC

# Exhibit 1

## Potential Parties-in-Interest[1]

**Debtors**
AD1 Celebration Holdings, LLC
AD1 Celebration Hotels, LLC
AD1 Daytona Holdings, LLC
AD1 Daytona Hotels, LLC
AD1 LBV Hotels, LLC
AD1 LBV1, LLC
AD1 Palm Beach Airport Hotels, LLC
AD1 PB Airport Hotels, LLC
AD1 SW Property Holdings, LLC
AD1 Urban Palm Bay, LLC
AD1 Urban Palm Bay Place, LLC
AD1 Urban Strategy Palm Bay, LLC
AD1 Urban SW, LLC

**Current and Former Debtor Directors and Officers**
AD1 Portfolio Manager 2, LLC
Berkeley, Steven
Berman, Daniel
Duggan, Daniel
Fridzon, Alex
Fridzon, Arie
Harrison, Gregory S.
Shippam, C. Anthony

**Known Affiliates**
AD1 Global Hotels, LLC
AD1 Global Lodging Manager, LLC
AD1 Hospitality Group, LLC
AD1 Hotels, LLC
AD 1 Management, Inc.
AD1 Portfolio Manager 2, LLC

**Equity Holders**
4 Wild Horses LLC
AD1 Celebration Inc
AD1 Development Group LLC
AD1 Global Hotels, LLC
AD1 Hospitality Group, LLC

AD1 Hotels, LLC
AD1 Urban Palm Bay Investors, LLC
AD1 Urban SW Holding, LLC
AD1 Urban SW, LP
AlbergInvest 01 LLC
Alyali Hotels, LLC
Aura Springfield, LLC
Cassie Beda Revocable Trust
Chateaux Investments, LLC
CK Palm Bay, LLC
Comfort Plaza, LLC
Damaru Inc
Darwiche, Albert
Evergroup Hotels LLC
Exit 99 USA Corp
Facchi Hotels Group, LLC
Fortunato Bentolila, LLC
Fridzon, Moises
Gelrud, Daniel
Global Marta II Corp
Goldstein, Ivonne
Hernandez, Maria de Las Nieves
HIG3, LLC
Highstone Capital, LLC
Hotel Investment Group 2 Lux, LLC
IJ Hospitality Investment LLC
Investment Design Group, LLC
JAI-18 LLC
JETGIL LLC
JJP Property Holdings, LLC
Maisel USA, LLC
Mariao22, LLC
Masico Hotels, LLC
Master Urban LLC (f/b/o Series B)
Master Urban LLC (f/b/o Series B1)
Monhote, LLC
MSDS Express, Inc.
Nessim, Armando
One US LLC
PGA Hotel JJ, LLC

---

[1] A potential party-in-interest may fall into multiple categories. When that is the case, the potential party-in-interest is listed once herein.

US.356895879.07

PLAKAM Investments, LLC
Rimeris, Boris
S & S Hotel Investments, LLC
Savannah 1801, LLC
The Hauser Family Living Trust
Trinachia LLC
Uno Fund Palm Bay Corp.
Uno Fund WPB1 Corp.
Warman, Roberto
WE Office Investments Corp
Zacdan Investments, LLC

**Debtors' Professionals**
Berkadia
CR3 Partners, LLC
Faegre Drinker Biddle & Reath LLP
RobertDouglas
Stretto, Inc.

**Banks/Lender/UCC Lien Parties**
Alter Domus (US) LLC
Amur Equipment Finance, Inc.
APF-CS, LLC
Crestmark Vendor Finance
Fidelity Funding Services, LLC
KeyBank National Association
LEAF Capital Funding, LLC
Pawnee Leasing Corporation
Ready Capital Mortgage Depositor II, LLC
ReadyCap Commercial, LLC, dba Ready Capital Structured Finance
ReadyCap Warehouse Financing LLC
Thorofare Asset Based Lending REIT Fund V, LLC
Truist One Bank

**Lender's Professionals**
Paul Hastings LLP
The Rosner Law Group LLC

**Material Vendors and Contract Counterparties**
All Protection Services LLC
Bright House Networks
CBC Hospitality
Ecolab Inc.
Ecolab Pest Elimination
Fulcrum Hospitality, LLC
HD Supply Facilities Maintenance Ltd.
Herly Corp
High Risk Enforcement LLC
Holiday Hospitality Franchising, LLC
Imperial Dade
Master T Inc.
OT Destination LLC
Sonifi Solutions Inc.
Southern Glazer's of FL
Sysco Central Florida Inc
Sysco Southeast Florida Inc
TravelClick Inc.
Travelscape LLC

**Insurers**
Accredited Specialty Insurance Company
Arch Speciality Insurance Company
Aspen Specialty Insurance Company
AXIS Surplus Insurance Company
Endurance American Specialty Insurance Company
Evanston Insurance Company
Everest Indemnity Insurance Company
Everest Premier Insurance Company
Fireman's Fund Insurance Company
General Security Indemnity Co. of Arizona
Hallmark Specialty Insurance Company
Ironshore Specialty Insurance Co
James River Insurance Company
Landmark American Insurance Company
Liberty Insurance Underwriters Inc.
National Fire & Marine Insurance Company
Palomar Excess and Surplus Insurance Co.
QBE Specialty Insurance Company
Scottsdale Insurance Company
StarStone Specialty Insurance Company
The Continental Insurance Company
The North River Insurance Company
The Ohio Casualty Insurance Company
Transverse Specialty Insurance Company
Westchester Surplus Lines Insurance Co.
Western World Insurance Company
XL Insurance America, Inc.

2

**Utilities**
AT&T
Charter Communications
City of Palm Bay
City of West Palm Beach
Comcast
Florida City Gas
Florida Natural Gas
Orange County Utilities
Republic Services #769
SouthStar Energy Services LLC
TECO Peoples Gas
Toho Water Authority
Waste Connection of Florida
Waste Management Inc. of Florida
Waste Pro – West Palm Beach

**Taxing and Governmental Authorities**
Brevard County Tourist Tax
Delaware Attorney General
Delaware Department of Revenue
Delaware Secretary of State
Delaware State Treasury
Florida Department of Revenue
Florida Secretary of State
Internal Revenue Service
Orange County Comptroller
Osceola County Tax Collector
Securities and Exchange Commission
United States Attorney for the District of Delaware
Volusia County Tourist Tax
Washington Attorney General

**Litigation and Potential Litigation Parties**
Azron, Asher
Bernal, Joanna
Carr, Marie
Collins, Robert
Curtis, Alice
HPS Investment Partners, LLC
Krusz, Rebecca
Lightburn, Dennis
Lindros, Sarah
Long, Kevin
O'Neill, Shawn

Pase, Emma
Quilef, Jose
Rosen Materials, LLC
Smith, Christopher & Felicia
Stanley, Colleen
Vanbibber, James
Walsh, Lisa

**Top 30 Creditors**
Algomat Group Inc.
Anthony Travel LLC
Baker Roofing Company
Booking.com B.V.
Bright House Networks
CBC Hospitality
Decolumber LLC
Duke Energy
Express Plumbing of Central Florida Inc.
Extreme Construction Group Inc.
Farmer & Irwin Corp
Florida Power & Light
Furniture Liquidators USA Inc.
Guest Supply
Harmony Interiors Inc.
HD Supply Facilities Maintenance Ltd.
Herly Corp
Hill York Service Company LLC
Hilton Franchise Holding LLC
Hyatt Place Franchising, L.L.C.
Insight Direct USA
InterContinental Hotels Group
KniTec Inc.
KONE
Marriott International Inc.
Master T Inc.
Sysco Central Florida Inc
Sysco Southeast Florida Inc
System Tech Services Inc
Transworld Services Inc

**United States Bankruptcy Judges in the District of Delaware**
Chief Judge Laurie Selber Silverstein
Judge Ashely M. Chan
Judge John T. Dorsey
Judge Craig T. Goldblatt

3

Judge Karen B. Owens
Judge Brendan L. Shannon
Judge J. Kate Stickles
Judge Mary F. Walrath
Judge Thomas M. Horan

**Office of the United States Trustee for the District of Delaware**
Attix, Lauren
Casey, Linda
Cooke, Denis
Cudia, Joseph
Dice, Holly
Dortch, Shakima L.
Fox, Timothy J. Jr.
Giordano, Diane
Green, Christine
Hackman, Benjamin
Harris, Ramona
Jones, Nyanquoi
Leamy, Jane
McCollum, Hannah M.
McMahon, Joseph
O'Malley, James R.
Panacio, Michael
Richenderfer, Linda

Sarkessian, Juliet
Schepacarter, Richard
Serrano, Edith A.
Sierra-Fox, Rosa
Wynn, Dion

**Additional Potential Parties-in-Interest**
Activate Hospitality LLC
Asante Dada Holdings, LLC
BC35, LLC
Excel Equities
Florida Green Finance Authority
GM9 LLC (d/b/a Ideal Hospitality)
HAP, LLC
The Huntington National Bank
JTT Eagles LLC
Lincoln Hospitalitity Management LLC
MH Orlando Venture 7 LLC
Monarch Alternative Capital LP
Sand Dollar Hospitality LLC (d/b/a Brandt Hospitality)
Southern Hospitality LLC
SSN Hotel Management LLC
Sunshine Hotels, LLC
WeCare

# Exhibit 2

## Disclosure Schedule

<u>AD1 Tamarac Hotels, LLC</u> – This affiliate of the debtors owns a Fairfield Inn hotel in Tamarac, Florida, and Berkadia Real Estate Advisors LLC ("<u>Berkadia</u>") had been hired in the past as a real estate broker to sell that hotel for that entity

<u>Key Bank</u> – Berkadia's affiliate, Berkadia Commercial Mortgage LLC ("<u>BCM</u>"), who originates and services commercial mortgage loans has an ongoing banking and commercial mortgage loan servicing relationship with Key Bank

<u>Ready Capital</u> – This commercial mortgage loan lender occasionally receives loan referrals from BCM from time to time

<u>RobertDouglas</u> – Berkadia has a co-brokerage agreement for this transaction with Robert Douglas, as described in this Declaration

<u>Thorofare Asset Based Lending REIT</u> – This commercial mortgage loan lender occasionally receives loan referrals from BCM from time to time

<u>Truist One Bank</u> – This bank and commercial mortgage loan lender occasionally receives loan referrals from BCM from time to time

*\*The disclosures above are being made out of an abundance of caution, as Berkadia and BCM are "disinterested persons" in that they have no interests by or through any of the parties listed above that are in any way materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.*