# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

In Re:                                              Chapter: 7

AD1 Urban Palm Bay, LLC
1955 Harrison Street
Ste 200
Hollywood, FL 33020
 EIN: 83–3923713                                    Case No.: 23–10074–KBO
f/k/a AD1 Urban Palm Bay Home, LLC

### NOTICE OF CONVERSION

**NOTICE IS HEREBY GIVEN** that the debtor(s) chapter 11 petition has been converted to a chapter 7 petition on 12/26/23.

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Related J/A Debtors are listed below

| 23–10075 | AD1 Urban Palm Bay Place, LLC | 83–3882385 |
| 23–10076 | AD1 Urban Strategy Palm Bay, LLC | 82–2029412 |
| 23–10077 | AD1 LBV1, LLC | 82–2661125 |
| 23–10078 | AD1 LBV Hotels, LLC | 82–2267709 |
| 23–10079 | AD1 SW Property Holdings, LLC | 87–3722507 |
| 23–10080 | AD1 Urban SW, LLC | 82–2086934 |
| 23–10081 | AD1 Palm Beach Airport Hotels, LLC | 83–4412187 |
| 23–10082 | AD1 PB Airport Hotels, LLC | 83–4426855 |
| 23–10084 | AD1 Celebration Holdings, LLC | 87–3783363 |
| 23–10085 | AD1 Celebration Hotels, LLC | 82–2107980 |
| 23–10086 | AD1 Daytona Holdings, LLC | 87–3802761 |
| 23–10087 | AD1 Daytona Hotels, LLC | 82–5087940 |

NOTE: If you previously filed a Proof of Claim in this case, you do not need to file another Proof of Claim. If you previously filed a Motion/Request for Allowance and/or payment of an administrative expense claim that has not yet been ruled upon, you will receive written notice in the future when your administrative expense claim(s) will be scheduled for hearing.

Dated: 2/2/24

(VAN–031)